ORDERED.

**Dated:  August 13, 2020**

Catherine M. Ewen

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:19-bk-08638-CPM
                                                                Chapter 7
The Producers, Inc.,

      Debtor.
_____/

Sigmund Solares et al.

      Plaintiff,

v.                                                              Adv. Proc. No: 20-ap-00352-CPM

Gregory G. Faia et al.

      Defendants.
_____/

**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO EXTEND TIME TO
RESPOND TO MICHAEL GARDNER'S CROSS-CLAIM AND
THIRD-PARTY DEMAND**

THIS CASE AND PROCEEDING came before the Court without a hearing upon the

*Unopposed Ex Parte Motion to Extend Time to Respond to Michael Gardner's Cross-Claim and*

*Third-Party Demand* [Dkt. No. 111] (the "**Motion**"), filed by Cross-Defendants and Third-Party

Defendants, Vernon H. Decossas, III, Gregory G. Faia, DNC Holdings, Inc., Domain Apps, LLC, Faia & Associates, LLC, Faia Development Group, LLC, Ads Squared, LLC, Keypath, LLC, DOM Holdings, Inc., Professional Affiliates, LLC, DSE Leasing, LLC, and Visual Ad Group, Inc.

This Court has reviewed the Motion, noted Michael Gardner's consent to the relief requested therein, and is otherwise fully apprised in the premises. Accordingly, it is hereby:

**ORDERED**:

1.      The Motion [Dkt. No. 111] is hereby GRANTED.

2.      The deadline for the Defendants to file a response to Michael Gardner's Cross-Claim and Third-Party Demand is extended through and including October 1, 2020.

###

Attorney Donald R. Kirk is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.