UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

The Producers, Inc.,                                Case No.: 8:19-bk-08638-CPM
                                                                            Chapter 7
       Debtor.
_____/

Sigmund Solares, et al.,

       Plaintiff,

v.                                                        Adv. Proc. No. 8:20-ap-00352-CPM

Gregory G. Faia, et al.,

       Defendants.
_____/

**PROOF OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the *Order Granting Unopposed Ex Parte Motion to Extend Time to Respond to Michael Gardner's Cross-Claim and Third Party Demand* [Doc. No. 112] was served upon all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF on the 14th day of August, 2020.

                                                         */s/ Donald R. Kirk*
                                                         Donald R. Kirk (FBN 0105767)
                                                         E-mail: dkirk@carltonfields.com
                                                         Carlton Fields, P.A.
                                                         P.O. Box 3239
                                                         Tampa, FL 33601-3239
                                                         Telephone: (813) 223-7000
                                                         Facsimile: (813) 229-4133
                                                         *Attorneys for Faia Development Group, LLC; Faia & Associates, LLC; and Gregory G. Faia*

123285467.1