**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

The Producers, Inc.,                                Case No.: 8:19-bk-08638-CPM
                                                    Chapter 7
    Debtor.
_____/

Sigmund Solares

    Plaintiff,

v.                                                  Adv. Proc. No. 8:20-ap-00352-CPM

Gregory G. Faia, et al.

    Defendants.
_____/

**NOTICE OF FILING MINUTE ENTRY OF ORDER DENYING DEFENDANTS'**
**RENEWED MOTION TO WITHDRAW THE REFERENCE (DOC. 62)**

Plaintiff, Sigmund Solares, by his undersigned counsel, hereby gives notice of filing the attached Minute Entry reflecting the District Court's denial of the Defendants' Renewed Motion to Withdraw the Reference (Doc. 62) ("Motion"). The Motion was denied (without prejudice) by Judge Jung via endorsed order dated August 18, 2020 in Case No. 8:20-cv-01674-WFJ-AAS, Distr. Ct. Dkt. 20.

                                        Respectfully submitted,

                                        **SHUMAKER, LOOP & KENDRICK, LLP**

                                        By: /s/ *Seth P. Traub*
                                            Steven M. Berman
                                            Florida Bar No. 856290
                                            **Seth P. Traub**
                                            Florida Bar No. 022088
                                            101 E. Kennedy Blvd., Suite 2800
                                            Tampa, Florida 33602
                                            Phone: (813) 229-7600; Fax: (813) 229-1660

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2020, a true and correct copy of the foregoing was served via CM/ECF notice upon all counsel of record.

*/s/ Seth P. Traub*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: 8:20-cv-1674-T-02AAS | DATE: August 18, 2020 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **SIGMUND SOLARES,**<br><br>　　Plaintiff,<br><br>v.<br><br>**GREGORY G. FAIA, et al.,**<br><br>　　Defendants. | **PLAINTIFF COUNSEL**<br>Steven M. Berman<br>Seth P. Traub<br><br><br>**DEFENDANT COUNSEL**<br>Donald R. Kirk<br>Herbert Roy Donica<br>Michael W. Magner<br>Scott Underwood | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 9:33 AM - 9:58 AM<br>**TOTAL:** 25 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:** TELEPHONIC MOTION HEARING re MOTION to Withdrawal Reference to District Court (Doc. 1)

Defendant Vernon Decossas appeared for this hearing by telephone.

The Court heard argument from Mr. Magner and Mr. Berman.

The Motion to Withdraw Reference to District Court is **DENIED without prejudice.** The right to refile motion at the appropriate and proper time is preserved.